# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00046-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER PRIDE,
     a/k/a "CK Ru,"

    Defendant.

## MINUTE ORDER[1]

On September 19, 2012, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 24, 2012**, commencing at 1:30 p.m., the court shall conduct a change of plea hearing in this matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for Friday, September 21, 2012, is **VACATED**.

    Dated: September 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.